UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

APPEARANCE

LONDON-SIRE RECORDS INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,

Case No. 05-3019

FILED
JAN 28 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Plaintiffs,

v.

DOES 1 - 4,

Defendants.

To the Clerk of the court and all parties of record:

Enter my appearance as counsel in this case for Plaintiffs.

I certify that I am admitted to practice in this court.

1/27/05
Date

Signature

Darren J. Schmidt                     6278393
Print Name                            Bar Number

Jenner & Block LLP, One IBM Plaza
Address

Chicago              IL               60677
City                 State            Zip Code

(312) 222-9350                        (312) 527-0484
Phone Number                          Fax Number