E-FILED
Monday, 31 January, 2005   04:41:39 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

APPEARANCE

| | |
|---|---|
| LONDON-SIRE RECORDS INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation, | Case No. 05-3019 |
| Plaintiffs, | FILED |
| v. | JAN 28 2005 |
| DOES 1 - 4, | JOHN M. WATERS, Clerk U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS |
| Defendants. | |

To the Clerk of the court and all parties of record:

Enter my appearance as counsel in this case for Plaintiffs.

I certify that I am admitted to practice in this court.

___1/27/05___  _____[signature]_____
Date             Signature

C. Steven Tomashefsky      6191855
Print Name                 Bar Number

Jenner & Block LLP, One IBM Plaza
Address

Chicago         IL          60677
City            State       Zip Code

(312) 222-9350             (312) 527-0484
Phone Number               Fax Number