**E-FILED**
Monday, 31 January, 2005  04:49:29 PM
Clerk, U.S. District Court, ILCD

AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION        ☐ APPEAL | | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>Central District of Illinois | JOHN M. WATERS, CLERK<br>U.S. DISTRICT COURT |
|---|---|---|---|
| DOCKET NO.<br>05-3019 | DATE FILED | 309 U.S. Courthouse<br>100 N.E. Monroe Street<br>Peoria, IL 61602 | 600 E. MONROE, ROOM 151<br>SPRINGFIELD, IL 62701 |

| PLAINTIFF<br>LONDON-SIRE RECORDS INC.; INTERSCOPE RECORDS; BMG MUSIC; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; CAPITOL RECORDS, INC.; WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORP.; and ELEKTRA ENTERTAINMENT GROUP INC. | DEFENDANT<br>DOES 1 - 4 |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment        ☐ Answer        ☐ Cross Bill        ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT<br>REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## Exhibit A

## Doe #1 (138.87.161.84 2004-09-20 17:07:44 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Richard Marx | Right Here Waiting | Repeat Offender | 103-712 |
| Warner Bros. Records Inc. | A-Ha | Take On Me | Hunting High and Low | 63-603 |
| London-Sire Records Inc. | Eden's Crush | Get Over Yourself | Popstars | 187-319 |
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| UMG Recordings, Inc. | Sting | It's Probably Me | Ten Summoner's Tales | 174-453 |
| Sony BMG Music Entertainment | Michael Jackson | Don't Stop Til You Get Enough | Off The Wall | 11-120 |
| Arista Records LLC | Alan Jackson | When Somebody Loves You | When Somebody Loves You | 289-367 |
| UMG Recordings, Inc. | Billie Myers | Kiss The Rain | Growing Pains | 251-956 |
| Sony BMG Music Entertainment | Bruce Springsteen | Secret Garden | Greatest Hits | 198-948 |

Exhibit A

## Doe #2 (138.87.223.151 2004-09-17 04:14:01 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Incubus | Nice to Know You | Morning View | 306-181 |
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| BMG Music | Lonestar | Not a Day Goes By | I'm Already There | 298-550 |
| UMG Recordings, Inc. | Blink-182 | Josie | Dude Ranch | 243-969 |
| Sony BMG Music Entertainment | Bonnie Tyler | Total Eclipse of the Heart | Faster than the Speed of Night | 50-641 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | My Friends | One Hot Minute | 243-059 |
| Sony BMG Music Entertainment | The Clash | Should I Stay Or Should I Go | Combat Rock | 34-959 |
| Capitol Records, Inc. | Red Hot Chili Peppers | Higher Ground | Mother's Milk | 107-737 |
| BMG Music | Kenny Chesney | I Lost It | Greatest Hits | 277-700 |
| UMG Recordings, Inc. | Counting Crows | Hangin' Around | This Desert Life | 271-316 |

**Exhibit A**

## Doe #3 (138.87.245.238 2004-10-23 05:26:08 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| Elektra Entertainment Group Inc. | En Vogue | Don't Let Go (Love) | EV3 | 188-664 |
| Atlantic Recording Corporation | Jewel | Who Will Save Your Soul | Pieces of You | 198-481 |
| Interscope Records | Mya | It's All About Me | Mya | 255-973 |
| Arista Records LLC | Pink | Most Girls | Can't Take Me Home | 279-958 |
| BMG Music | SWV | Rain | Release Some Tension | 249-300 |
| Arista Records LLC | Whitney Houston | My Name Is Not Susan | I'm Your Baby Tonight | 137-024 |

**Exhibit A**

## Doe #4 (138.87.249.223 2004-09-26 23:26:40 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Alan Jackson | When Somebody Loves You | When Somebody Loves You | 289-367 |
| Arista Records LLC | Usher | U Remind Me | 8701 | 307-207 |
| Warner Bros. Records Inc. | A-Ha | Take On Me | Hunting High and Low | 63-603 |
| Atlantic Recording Corporation | Phil Collins | Sussudio | No Jacket Required | 60-788 |
| Sony BMG Music Entertainment | Will Smith | Men in Black | Big Willie Style | 249-123 |
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| Sony BMG Music Entertainment | Michael Jackson | Black Or White | Dangerous | 178-165 |
| UMG Recordings, Inc. | U2 | Walk On | All That You Can't Leave Behind | 294-631 |
| Virgin Records America, Inc. | Paula Abdul | Opposites Attract | Forever Your Girl | 93-688 |
| Sony BMG Music Entertainment | Michael Bolton | When A Man Loves A Woman | Time, Love & Tenderness | 132-494 |
| UMG Recordings, Inc. | Mark Wills | I Do (Cherish You) | Wish You Were Here | 251-938 |

AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>Central District of Illinois | JOHN M. WATERS, CLERK<br>U.S. DISTRICT COURT |
|---|---|---|---|
| DOCKET NO.<br>05-3019 | DATE FILED | 309 U.S. Courthouse<br>100 N.E. Monroe Street<br>Peoria, IL 61602 | 600 E. MONROE, ROOM 151<br>SPRINGFIELD, IL 62701 |
| PLAINTIFF<br>LONDON-SIRE RECORDS INC.; INTERSCOPE RECORDS; BMG MUSIC; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; CAPITOL RECORDS, INC.; WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORP.; and ELEKTRA ENTERTAINMENT GROUP INC. | | | DEFENDANT<br>DOES 1 - 4 |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | | | AUTHOR OF WORK |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

## Doe #1 (138.87.161.84 2004-09-20 17:07:44 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Richard Marx | Right Here Waiting | Repeat Offender | 103-712 |
| Warner Bros. Records Inc. | A-Ha | Take On Me | Hunting High and Low | 63-603 |
| London-Sire Records Inc. | Eden's Crush | Get Over Yourself | Popstars | 187-319 |
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| UMG Recordings, Inc. | Sting | It's Probably Me | Ten Summoner's Tales | 174-453 |
| Sony BMG Music Entertainment | Michael Jackson | Don't Stop Til You Get Enough | Off The Wall | 11-120 |
| Arista Records LLC | Alan Jackson | When Somebody Loves You | When Somebody Loves You | 289-367 |
| UMG Recordings, Inc. | Billie Myers | Kiss The Rain | Growing Pains | 251-956 |
| Sony BMG Music Entertainment | Bruce Springsteen | Secret Garden | Greatest Hits | 198-948 |

## Doe #2 (138.87.223.151 2004-09-17 04:14:01 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Incubus | Nice to Know You | Morning View | 306-181 |
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| BMG Music | Lonestar | Not a Day Goes By | I'm Already There | 298-550 |
| UMG Recordings, Inc. | Blink-182 | Josie | Dude Ranch | 243-969 |
| Sony BMG Music Entertainment | Bonnie Tyler | Total Eclipse of the Heart | Faster than the Speed of Night | 50-641 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | My Friends | One Hot Minute | 243-059 |
| Sony BMG Music Entertainment | The Clash | Should I Stay Or Should I Go | Combat Rock | 34-959 |
| Capitol Records, Inc. | Red Hot Chili Peppers | Higher Ground | Mother's Milk | 107-737 |
| BMG Music | Kenny Chesney | I Lost It | Greatest Hits | 277-700 |
| UMG Recordings, Inc. | Counting Crows | Hangin' Around | This Desert Life | 271-316 |

## Doe #3 (138.87.245.238 2004-10-23 05:26:08 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| Elektra Entertainment Group Inc. | En Vogue | Don't Let Go (Love) | EV3 | 188-664 |
| Atlantic Recording Corporation | Jewel | Who Will Save Your Soul | Pieces of You | 198-481 |
| Interscope Records | Mya | It's All About Me | Mya | 255-973 |
| Arista Records LLC | Pink | Most Girls | Can't Take Me Home | 279-958 |
| BMG Music | SWV | Rain | Release Some Tension | 249-300 |
| Arista Records LLC | Whitney Houston | My Name Is Not Susan | I'm Your Baby Tonight | 137-024 |

**Exhibit A**

## Doe #4 (138.87.249.223 2004-09-26 23:26:40 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Alan Jackson | When Somebody Loves You | When Somebody Loves You | 289-367 |
| Arista Records LLC | Usher | U Remind Me | 8701 | 307-207 |
| Warner Bros. Records Inc. | A-Ha | Take On Me | Hunting High and Low | 63-603 |
| Atlantic Recording Corporation | Phil Collins | Sussudio | No Jacket Required | 60-788 |
| Sony BMG Music Entertainment | Will Smith | Men in Black | Big Willie Style | 249-123 |
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| Sony BMG Music Entertainment | Michael Jackson | Black Or White | Dangerous | 178-165 |
| UMG Recordings, Inc. | U2 | Walk On | All That You Can't Leave Behind | 294-631 |
| Virgin Records America, Inc. | Paula Abdul | Opposites Attract | Forever Your Girl | 93-688 |
| Sony BMG Music Entertainment | Michael Bolton | When A Man Loves A Woman | Time, Love & Tenderness | 132-494 |
| UMG Recordings, Inc. | Mark Wills | I Do (Cherish You) | Wish You Were Here | 251-938 |

AO 121 (6/90)

| TO: |
|---|

**Register of Copyrights**
**Copyright Office**
**Library of Congress**
**Washington, D.C. 20559**

**REPORT ON THE**
**FILING OR DETERMINATION OF AN**
**ACTION OR APPEAL**
**REGARDING A COPYRIGHT**

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | | COURT NAME AND LOCATION UNITED STATES DISTRICT COURT | JOHN M. WATERS, CLERK U.S. DISTRICT COURT |
|---|---|---|---|
| DOCKET NO. 05-3019 | DATE FILED | **Central District of Illinois** 309 U.S. Courthouse 100 N.E. Monroe Street Peoria, IL 61602 | 600 E. MONROE, ROOM 151 SPRINGFIELD, IL 62701 |
| PLAINTIFF LONDON-SIRE RECORDS INC.; INTERSCOPE RECORDS; BMG MUSIC; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; CAPITOL RECORDS, INC.; WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORP.; and ELEKTRA ENTERTAINMENT GROUP INC. | | | DEFENDANT DOES 1 - 4 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED ☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes     ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

## Doe #1 (138.87.161.84 2004-09-20 17:07:44 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Richard Marx | Right Here Waiting | Repeat Offender | 103-712 |
| Warner Bros. Records Inc. | A-Ha | Take On Me | Hunting High and Low | 63-603 |
| London-Sire Records Inc. | Eden's Crush | Get Over Yourself | Popstars | 187-319 |
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| UMG Recordings, Inc. | Sting | It's Probably Me | Ten Summoner's Tales | 174-453 |
| Sony BMG Music Entertainment | Michael Jackson | Don't Stop Til You Get Enough | Off The Wall | 11-120 |
| Arista Records LLC | Alan Jackson | When Somebody Loves You | When Somebody Loves You | 289-367 |
| UMG Recordings, Inc. | Billie Myers | Kiss The Rain | Growing Pains | 251-956 |
| Sony BMG Music Entertainment | Bruce Springsteen | Secret Garden | Greatest Hits | 198-948 |

Exhibit A

## Doe #2 (138.87.223.151 2004-09-17 04:14:01 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Incubus | Nice to Know You | Morning View | 306-181 |
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| BMG Music | Lonestar | Not a Day Goes By | I'm Already There | 298-550 |
| UMG Recordings, Inc. | Blink-182 | Josie | Dude Ranch | 243-969 |
| Sony BMG Music Entertainment | Bonnie Tyler | Total Eclipse of the Heart | Faster than the Speed of Night | 50-641 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | My Friends | One Hot Minute | 243-059 |
| Sony BMG Music Entertainment | The Clash | Should I Stay Or Should I Go | Combat Rock | 34-959 |
| Capitol Records, Inc. | Red Hot Chili Peppers | Higher Ground | Mother's Milk | 107-737 |
| BMG Music | Kenny Chesney | I Lost It | Greatest Hits | 277-700 |
| UMG Recordings, Inc. | Counting Crows | Hangin' Around | This Desert Life | 271-316 |

## Doe #3 (138.87.245.238 2004-10-23 05:26:08 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
| --- | --- | --- | --- | --- |
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| Elektra Entertainment Group Inc. | En Vogue | Don't Let Go (Love) | EV3 | 188-664 |
| Atlantic Recording Corporation | Jewel | Who Will Save Your Soul | Pieces of You | 198-481 |
| Interscope Records | Mya | It's All About Me | Mya | 255-973 |
| Arista Records LLC | Pink | Most Girls | Can't Take Me Home | 279-958 |
| BMG Music | SWV | Rain | Release Some Tension | 249-300 |
| Arista Records LLC | Whitney Houston | My Name Is Not Susan | I'm Your Baby Tonight | 137-024 |

**Exhibit A**

## Doe #4 (138.87.249.223 2004-09-26 23:26:40 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Alan Jackson | When Somebody Loves You | When Somebody Loves You | 289-367 |
| Arista Records LLC | Usher | U Remind Me | 8701 | 307-207 |
| Warner Bros. Records Inc. | A-Ha | Take On Me | Hunting High and Low | 63-603 |
| Atlantic Recording Corporation | Phil Collins | Sussudio | No Jacket Required | 60-788 |
| Sony BMG Music Entertainment | Will Smith | Men in Black | Big Willie Style | 249-123 |
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| Sony BMG Music Entertainment | Michael Jackson | Black Or White | Dangerous | 178-165 |
| UMG Recordings, Inc. | U2 | Walk On | All That You Can't Leave Behind | 294-631 |
| Virgin Records America, Inc. | Paula Abdul | Opposites Attract | Forever Your Girl | 93-688 |
| Sony BMG Music Entertainment | Michael Bolton | When A Man Loves A Woman | Time, Love & Tenderness | 132-494 |
| UMG Recordings, Inc. | Mark Wills | I Do (Cherish You) | Wish You Were Here | 251-938 |

AO 121 (6/90)

| TO: | |
|-----|-----|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>Central District of Illinois | JOHN M. WATERS, CLERK<br>U.S. DISTRICT COURT |
|---|---|---|---|
| DOCKET NO.<br>05-3019 | DATE FILED | 309 U.S. Courthouse<br>100 N.E. Monroe Street<br>Peoria, IL 61602 | 600 E. MONROE, ROOM 151<br>SPRINGFIELD, IL 62701 |
| PLAINTIFF<br>LONDON-SIRE RECORDS INC.; INTERSCOPE RECORDS; BMG MUSIC; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; CAPITOL RECORDS, INC.; WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORP.; and ELEKTRA ENTERTAINMENT GROUP INC. | | | DEFENDANT<br>DOES 1 - 4 |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | | | AUTHOR OF WORK |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new A0 279 for the appeal.

**Exhibit A**

## Doe #1 (138.87.161.84 2004-09-20 17:07:44 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Richard Marx | Right Here Waiting | Repeat Offender | 103-712 |
| Warner Bros. Records Inc. | A-Ha | Take On Me | Hunting High and Low | 63-603 |
| London-Sire Records Inc. | Eden's Crush | Get Over Yourself | Popstars | 187-319 |
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| UMG Recordings, Inc. | Sting | It's Probably Me | Ten Summoner's Tales | 174-453 |
| Sony BMG Music Entertainment | Michael Jackson | Don't Stop Til You Get Enough | Off The Wall | 11-120 |
| Arista Records LLC | Alan Jackson | When Somebody Loves You | When Somebody Loves You | 289-367 |
| UMG Recordings, Inc. | Billie Myers | Kiss The Rain | Growing Pains | 251-956 |
| Sony BMG Music Entertainment | Bruce Springsteen | Secret Garden | Greatest Hits | 198-948 |

**Exhibit A**

## Doe #2 (138.87.223.151 2004-09-17 04:14:01 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Incubus | Nice to Know You | Morning View | 306-181 |
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| BMG Music | Lonestar | Not a Day Goes By | I'm Already There | 298-550 |
| UMG Recordings, Inc. | Blink-182 | Josie | Dude Ranch | 243-969 |
| Sony BMG Music Entertainment | Bonnie Tyler | Total Eclipse of the Heart | Faster than the Speed of Night | 50-641 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | My Friends | One Hot Minute | 243-059 |
| Sony BMG Music Entertainment | The Clash | Should I Stay Or Should I Go | Combat Rock | 34-959 |
| Capitol Records, Inc. | Red Hot Chili Peppers | Higher Ground | Mother's Milk | 107-737 |
| BMG Music | Kenny Chesney | I Lost It | Greatest Hits | 277-700 |
| UMG Recordings, Inc. | Counting Crows | Hangin' Around | This Desert Life | 271-316 |

## Doe #3 (138.87.245.238 2004-10-23 05:26:08 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| Elektra Entertainment Group Inc. | En Vogue | Don't Let Go (Love) | EV3 | 188-664 |
| Atlantic Recording Corporation | Jewel | Who Will Save Your Soul | Pieces of You | 198-481 |
| Interscope Records | Mya | It's All About Me | Mya | 255-973 |
| Arista Records LLC | Pink | Most Girls | Can't Take Me Home | 279-958 |
| BMG Music | SWV | Rain | Release Some Tension | 249-300 |
| Arista Records LLC | Whitney Houston | My Name Is Not Susan | I'm Your Baby Tonight | 137-024 |

**Exhibit A**

## Doe #4 (138.87.249.223 2004-09-26 23:26:40 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
| --- | --- | --- | --- | --- |
| Arista Records LLC | Alan Jackson | When Somebody Loves You | When Somebody Loves You | 289-367 |
| Arista Records LLC | Usher | U Remind Me | 8701 | 307-207 |
| Warner Bros. Records Inc. | A-Ha | Take On Me | Hunting High and Low | 63-603 |
| Atlantic Recording Corporation | Phil Collins | Sussudio | No Jacket Required | 60-788 |
| Sony BMG Music Entertainment | Will Smith | Men in Black | Big Willie Style | 249-123 |
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| Sony BMG Music Entertainment | Michael Jackson | Black Or White | Dangerous | 178-165 |
| UMG Recordings, Inc. | U2 | Walk On | All That You Can't Leave Behind | 294-631 |
| Virgin Records America, Inc. | Paula Abdul | Opposites Attract | Forever Your Girl | 93-688 |
| Sony BMG Music Entertainment | Michael Bolton | When A Man Loves A Woman | Time, Love & Tenderness | 132-494 |
| UMG Recordings, Inc. | Mark Wills | I Do (Cherish You) | Wish You Were Here | 251-938 |

AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>**UNITED STATES DISTRICT COURT** | JOHN M. WATERS, CLERK<br>U.S. DISTRICT COURT |
|---|---|---|
| DOCKET NO.<br>05-3019 | DATE FILED | **Central District of Illinois**<br>309 U.S. Courthouse<br>100 N.E. Monroe Street<br>Peoria, IL 61602 | 600 E. MONROE, ROOM 151<br>SPRINGFIELD, IL 62701 |

| PLAINTIFF<br>**LONDON-SIRE RECORDS INC.; INTERSCOPE RECORDS; BMG MUSIC; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; CAPITOL RECORDS, INC.; WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORP.; and ELEKTRA ENTERTAINMENT GROUP INC.** | DEFENDANT<br>**DOES 1 - 4** |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

**Doe #1 (138.87.161.84 2004-09-20 17:07:44 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Richard Marx | Right Here Waiting | Repeat Offender | 103-712 |
| Warner Bros. Records Inc. | A-Ha | Take On Me | Hunting High and Low | 63-603 |
| London-Sire Records Inc. | Eden's Crush | Get Over Yourself | Popstars | 187-319 |
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| UMG Recordings, Inc. | Sting | It's Probably Me | Ten Summoner's Tales | 174-453 |
| Sony BMG Music Entertainment | Michael Jackson | Don't Stop Til You Get Enough | Off The Wall | 11-120 |
| Arista Records LLC | Alan Jackson | When Somebody Loves You | When Somebody Loves You | 289-367 |
| UMG Recordings, Inc. | Billie Myers | Kiss The Rain | Growing Pains | 251-956 |
| Sony BMG Music Entertainment | Bruce Springsteen | Secret Garden | Greatest Hits | 198-948 |

**Exhibit A**

## Doe #2 (138.87.223.151 2004-09-17 04:14:01 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Incubus | Nice to Know You | Morning View | 306-181 |
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| BMG Music | Lonestar | Not a Day Goes By | I'm Already There | 298-550 |
| UMG Recordings, Inc. | Blink-182 | Josie | Dude Ranch | 243-969 |
| Sony BMG Music Entertainment | Bonnie Tyler | Total Eclipse of the Heart | Faster than the Speed of Night | 50-641 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | My Friends | One Hot Minute | 243-059 |
| Sony BMG Music Entertainment | The Clash | Should I Stay Or Should I Go | Combat Rock | 34-959 |
| Capitol Records, Inc. | Red Hot Chili Peppers | Higher Ground | Mother's Milk | 107-737 |
| BMG Music | Kenny Chesney | I Lost It | Greatest Hits | 277-700 |
| UMG Recordings, Inc. | Counting Crows | Hangin' Around | This Desert Life | 271-316 |

## Doe #3 (138.87.245.238 2004-10-23 05:26:08 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| Elektra Entertainment Group Inc. | En Vogue | Don't Let Go (Love) | EV3 | 188-664 |
| Atlantic Recording Corporation | Jewel | Who Will Save Your Soul | Pieces of You | 198-481 |
| Interscope Records | Mya | It's All About Me | Mya | 255-973 |
| Arista Records LLC | Pink | Most Girls | Can't Take Me Home | 279-958 |
| BMG Music | SWV | Rain | Release Some Tension | 249-300 |
| Arista Records LLC | Whitney Houston | My Name Is Not Susan | I'm Your Baby Tonight | 137-024 |

**Exhibit A**

## Doe #4 (138.87.249.223 2004-09-26 23:26:40 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Alan Jackson | When Somebody Loves You | When Somebody Loves You | 289-367 |
| Arista Records LLC | Usher | U Remind Me | 8701 | 307-207 |
| Warner Bros. Records Inc. | A-Ha | Take On Me | Hunting High and Low | 63-603 |
| Atlantic Recording Corporation | Phil Collins | Sussudio | No Jacket Required | 60-788 |
| Sony BMG Music Entertainment | Will Smith | Men in Black | Big Willie Style | 249-123 |
| Virgin Records America, Inc. | Ben Harper | Steal My Kisses | Burn To Shine | 273-400 |
| Sony BMG Music Entertainment | Michael Jackson | Black Or White | Dangerous | 178-165 |
| UMG Recordings, Inc. | U2 | Walk On | All That You Can't Leave Behind | 294-631 |
| Virgin Records America, Inc. | Paula Abdul | Opposites Attract | Forever Your Girl | 93-688 |
| Sony BMG Music Entertainment | Michael Bolton | When A Man Loves A Woman | Time, Love & Tenderness | 132-494 |
| UMG Recordings, Inc. | Mark Wills | I Do (Cherish You) | Wish You Were Here | 251-938 |