E-FILED
Wednesday, 01 June, 2005  01:42:34 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LONDON-SIRE RECORDS INC. et al.,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>DOES 1-4,<br>　　　　　　Defendant. | Case No. 05C-3019<br>Honorable Jeanne Scott |

## NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiffs hereby dismiss this case **without prejudice**. These Defendants are identified by the Internet Protocol ("IP") address assigned to them by their Internet Service Provider (see Exhibit A). As required under Fed.R.Civ.P. 41(a)(1)(i), this voluntary dismissal is noticed prior to the service of an answer to the complaint and a motion for summary judgment.

Dated: June 1, 2005                                          LONDON-SIRE RECORDS INC.

　　　　　　　　　　　　　　　　　　　　　　　　　By: __s/ Darren J. Schmidt_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　One of their attorneys

C. Steven Tomashefsky- IL Bar #6191855
Darren J. Schmidt- IL Bar #6278393
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
Phone:  (312) 222-9350
Fax:     (312) 527-0484
dschmidt@jenner.com

# EXHIBIT A

| **Doe #** | **IP address/ date/ time** |
|---|---|
| #1 | 138.87.161.84   2004-09-20   17:07:44 |
| #2 | 138.87.223.151   2004-09-17   04:14:01 |
| #3 | 138.87.245.238   2004-10-23   05:26:08 |
| #4 | 138.87.249.223   2004-09-26   23:26:40 |